# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harwell, Robert B. | U.S. District Court of S.C. | 08/26/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Active | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

401 West Evans Street
McMillan Federal Bldg
Florence, SC 29501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Harwell Farms and Investment, Inc. |
| 2. | Trustee | Trust #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Charles Schwab "Accounts" | A | Interest | N | T | | | | | |
| 2.  Wells Fargo &Co Common Stock(and former Wachovia Bank Stock) | A | Dividend | J | T | | | J | A | see note #1 |
| 3.  Autoliv Inc. Common Stock | A | Dividend | J | T | | | | | |
| 4.  The Bank of Clarendon "Account" | B | Interest | M | T | | | | | |
| 5.  First Federal "Account" | A | Interest | M | T | | | | | |
| 6.  Citizens Bank "Account" | A | Interest | M | T | Matured | 03/15/13 | M | A | |
| 7.  Anderson Brothers Bank "Account" | A | Interest | M | T | | | | | |
| 8.  Conway National Bank "Account" | B | Interest | M | T | | | | | |
| 9.  Carolina Bank "Account" | A | Interest | M | T | | | | | |
| 10.  NBSC, Synovus "Account" | A | Interest | M | T | | | | | see note #2 |
| 11.  Bank of America "Account" | A | Interest | M | T | | | | | |
| 12.  BB&T Bank "Accounts" | A | Interest | N | T | | | | | |
| 13.  Harwell Farms & Investment 12 1/2% 12/31/04 compiled $31M | A | Dividend | K | U | | | | | |
| 14.  PCDG, LLC (10%) 1998 & 2000 $32,000 | | None | K | R | | | | | |
| 15.  Charles Schwab IRA #1 | A | Interest | M | T | | | | | |
| 16.  -Charles Schwab Cash Fund | | | | | | | | | |
| 17.  Charles Schwab IRA#2 | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Charles Schwab Cash Fund | | | | | | | | | |
| 19. Charles Schwab IRA#3 | A | Interest | K | T | | | | | |
| 20. -Charles Schwab cash fund | | | | | | | | | |
| 21. Trust #1 | A | Dividend | M | T | | | | | |
| 22. -Cash Fund-Charles Schwab | | | | | | | | | |
| 23. -Vanguard short-term treasury | | | | | | | | | |
| 24. Piedmont Mun. Power Zero 1/1/13 | A | Interest | | | Matured | 01/01/13 | J | A | |
| 25. Piedmont Mun Power Zero 1/1/15 | A | Interest | K | T | | | | | |
| 26. Piedmont Mun Power Zero 1/113(X) | A | Interest | | | Matured | 01/01/13 | J | A | |
| 27. Three Rivers Solid Zero 1/1/13 | B | Interest | | | Matured | 01/01/13 | K | A | |
| 28. Dimensional Fund Advisors Tax Man US Mktwde | A | Dividend | K | T | | | | | |
| 29. Rental Prop Garden City, Beach,SC (2013, $389,200) (x) | | None | N | R | Buy | 04/18/13 | N | | cynthia h. goss |
| 30. David W.Harwell &Sons Prop (Cherry Grove, SC) 50% ($243,000 | | None | M | U | Sold (part) | 08/12/13 | M | D | kremidas family note# 3 |
| 31. -on 2004 tax return) | | | | | | | | | |
| 32. College Bound Fund #1,Alliance Bernstein Mutual Funds | | None | K | T | | | | | see note #4 |
| 33. -CBF Appreciation Port Alt A | | | | | | | | | |
| 34. College Bound Fund #2, Alliance Berstein Mutual Funds | | None | K | T | | | | | see note #4 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -CBF Appreciation Port Alt A | | | | | | | | | |
| 36.  SC Future Scholar Plan #1,River Source Fund Dist Inc | | None | K | T | | | | | see note #5 |
| 37.  -FA Small Cap 529 Portfolio A | | | | | | | | | |
| 38.  -Columbia Acorn 529 Portfolio A | | | | | | | | | |
| 39.  -Columbia Intermediate Bond A | | | | | | | | | |
| 40.  - Columbia Contrarion Core 529 A | | | | | | | | | |
| 41.  SC Future Scholar Plan #2,River Source Fund Dist Inc | | None | K | T | | | | | see note #5 |
| 42.  -FA Small Cap 529 Portfolio A | | | | | | | | | |
| 43.  -Columbia Acorn 529 Portfolio A | | | | | | | | | |
| 44.  -Columbia Intermediate Bond A | | | | | | | | | |
| 45.  -Columbia Contrarion Core 529 A | | | | | | | | | |
| 46.  Claussen Farms, Florence, SC (1999 - $125,000) | | None | M | R | | | | | |
| 47.  SC Tuition Prepayment Program #1(no control) | | None | K | T | | | | | |
| 48.  SC Tuition Prepayment Program #2 (no control) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harwell, Robert B. | 08/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note #1 Erroneously reported that all wells fargo stock was sold

Note #2 Erroneously listed the name of the bank as First Federal instead of NBSC,Synovus-----remaining information was correct

Note #3 names of buyers were Demetrious Paul Kremidas, Nicko Paul Kremidas and Theodora Kremidas Dewitt

Note#4 Error in previous reporting. Previous filing should have "None" in Column B(2.). This is a 529 child/student savings plan. No income is received. No Form 1109-Div is issued for tax purposes. Statements do not indicate a purchase or sale and simply reflect change in account value.

Note#5 Error in previos reporting. Previous filings should have"None" in Column B(2). This is South Carolina"s 529 college savings plan administered by the office of the state treasurer. No Form 1109-Div issued. This 529 plan has a set"age-based" portfolio allocation and upon children reaching age 18 , the program automatically adjusts and reallocates portfolio to other funds. Statements do not reflect a "purchase or sale", rather they indicate an "exchange to fund" and "exchange from fund".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert B. Harwell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544